RECEIVED 10/14/2013 12:15PM 7144326504

10/14/2013 12:16    6192380930



**FILED**
PAGE 02/03

OCT 15 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

AO 154 (Consent to Substitution of Attorney)

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____California_____

| | |
|---|---|
| United States of America<br>Plaintiff(s),<br>V.<br>Armando Guerrero-Alvarado<br>Defendant(s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 3:13-cr-01667-GT |

Notice is hereby given that, subject to approval by the court, _defendant, Armando Guerrero-Alvarado_ substitutes
(Party (s) Name)

_Gino P. Pietro Esq PIETRO & ASSOCIATES APLC_____, State Bar No. _129582_____ as counsel of record in
(Name of New Attorney)

place of _Ingo Brauer_____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:       Gino P. Pietro Esq. c/o PIETRO & ASSOCAITES APLC
Address:         675 Anton Blvd Third Floor
Telephone:       (714) 432-6603          Facsimile (714) 432-6604
E-Mail (Optional): gino@pietrolaw.com

I consent to the above substitution.              ARMANDO Guerrero AlVARADO
Date: 10-15-13                                    _____
                                                  (Signature of Party (s))

I consent to being substituted.
Date: 10/14/13                                    _____
                                                  (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10-11-13                                    _____
                                                  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 10/15/13                                    _____
                                                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]